IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                                                                                                      ORDER

                Plaintiff,

   v.

                                                                                                   09-cr-122-bbc

ANDRE G. SIMMONS,

                Defendant.
_____

      At an October 8, 2010 hearing, defendant Andre Simmons reported that the Dane County Jail needs this court to confirm that he is representing himself pro se in this criminal prosecution. This order serves as that confirmation: this court has granted Simmons's motion to proceed pro se, with assistance from stand-by counsel Paul F.X. Schwartz. The jail should provide Simmons with whatever resources and accommodations it ordinarily allows pro se defendants in criminal cases.

      Entered this 8th day of October, 2010.

                                            BY THE COURT:

                                            /s/

                                            STEPHEN L. CROCKER
                                            Magistrate Judge