IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANDRE G. SIMMONS,

        Defendant.

ORDER

09-cr-122-bbc

---

IT IS ORDERED that the U.S. Marshal Service shall permit defendant Andre G. Simmons access to interview and prepare his subpoenaed witnesses during the pendency of his criminal trial.

Entered this _6th_ day of December, 2010.

BY THE COURT:

_Barbara B Crabb_
BARBARA B. CRABB
District Judge