IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

                        ORDER

v.                                  Case No. 09-cr-122-bbc

ANDRE G. SIMMONS,

        Defendant.

---

      IT IS ORDERED that on 12/3/2010, the defendant's motion for issuance of a subpoena for witness Michael Cowart was granted in open court, which subpoena was required to be served at government expense by the United States Marshals Service.

      Dated this 20th day of December, 2010.

                                    BY THE COURT:

                                    *Barbara B Crabb*
                                    Barbara B. Crabb, District Judge