IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                              ORDER

Plaintiff,

                                           09-cr-122-bbc

    v.

ANDRE SIMMONS,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      At an ex parte hearing on March 24, 2011, at which defendant and his counsel Ronald Benavides appeared, defendant withdrew his request for the withdrawal of Mr. Benavides from defendant's representation.

      Entered this 24th day of March, 2011.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge