IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| v. | 09-cr-122-bbc |
| ANDRE G. SIMMONS, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Andre Simmons has filed a notice of appeal of the court's September 25, 2015 order denying his motion under 18 U.S.C. § 3582, in which he asked the court to reduce his sentence. His motion was denied because the new amendments do not affect his guidelines. Defendant was sentenced as a career offender and the new amendments leave the career offender guidelines unchanged.

Defendant's notice of appeal was not accompanied by the $505 fee for filing an appeal. 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22. Therefore, I construe it as including a request for leave to proceed in forma pauperis on appeal under 28 U.S.C. § 1915. According to 28 U.S.C. § 1915(a)(3), "an appeal may not be taken in forma pauperis if the

1

trial court certifies in writing that it is not taken in good faith." In <u>Lee v. Clinton</u>, 209 F.3d 1025, 1026 (7th Cir. 2000), the Court of Appeals for the Seventh Circuit ruled that an appeal is not taken in "good faith" if it is based on a "frivolous claim" that is, "a claim that no reasonable person could suppose to have any merit." <u>Id</u>. at 1026. Defendant's claim is not "fantastical," as were the claims in <u>Lee</u>, in which the allegation was that the United States and China were engaged in a conspiracy to invade and infect certain people with a mind reading device. I cannot say that petitioner's appeal is of that type or that it is wholly without merit. However, it is a claim so clearly foreclosed by the governing law that no reasonable person would suppose it has merit.

## ORDER

IT IS ORDERED that defendant Andre Simmons's request for leave to proceed <u>in forma pauperis</u> on appeal is DENIED.

Entered this 14th day of October, 2015.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge

2